Jeffrey M. Kolansky, Philadelphia, for E. Jurgelwicz.

Catherine Marshall, Ronald Eisenberg, Alan Sacks, Philadelphia, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation.

■

**DELAWARE VALLEY MEDICAL CENTER, Appellant,**

v.

**Patricia NIEHAUS.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1994.

Decided Nov. 4, 1994.

Jonathan B. Sprague, Patrick K. McCoyd, Joseph J. McAlee, Philadelphia, for D.V.M.C.

Michael P. Kelly, Langhorne, for P. Niehaus.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order of Superior Court reversed. *See Paul v. Lankenau Hospital,* 524 Pa. 90, 569 A.2d 346 (1990).

MONTEMURO, J., is sitting by designation.